## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

TIFFANY R. TUSTISON                                                                                               PLAINTIFF

v.                                              No. 4:10CV00072 JLH

E-Z MART STORES, INC.                                                                                          DEFENDANT

### ORDER

E-Z Mart Stores, Inc., has filed a motion to compel. The motion states that interrogatories and requests for production of documents were propounded on February 9, 2010, but no responses were ever received. The plaintiff has not objected to the motion to compel. The motion is therefore GRANTED. Document #7. The plaintiff must respond to the interrogatories and requests for production of documents on or before November 12, 2010.

IT IS SO ORDERED this 3rd day of November, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE