**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

TIFFANY R. TUSTISON                                                                      PLAINTIFF

v.                                        No. 4:10CV00072 JLH

E-Z MART STORES, INC.                                                               DEFENDANT

## ORDER

The plaintiff has filed a motion for voluntary nonsuit.  Without objection, the motion is

GRANTED.  Document #17.  This action is hereby dismissed without prejudice.

IT IS SO ORDERED this 2nd day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE