IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

TIFFANY R. TUSTISON                                                                              PLAINTIFF

v.                                          No. 4:10CV00072 JLH

E-Z MART STORES, INC.                                                                        DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, this action is dismissed without prejudice.

DATED this 2nd day of May, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE